IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID W. HALL,

    Defendant.

Case No. 3:08cr062

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO TITLE 18 U.S.C. §3582(c)(2) (DOC. #63); REASONING SET FORTH

---

The motion of the Defendant, seeking a ruling of this Court reducing his sentence previously imposed, pursuant to 18 U.S.C. §3582(c)(2) (Doc. #63), is overruled, pursuant to the reasoning and citations of authority set forth in the memorandum of the Government (Doc. #65) in opposition thereto. In short, the Defendant was sentenced to the mandatory minimum sentence of 60 months, and, accordingly, the Fair Sentencing Act of 2010, which made no change in the statutory minimum penalties that apply to incarcerated offenders, prevents a reduction in sentence pursuant to its terms.

June 20, 2012

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Ken Parker, AUSA
David W. Hall, *Pro Se*